UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWINA F. FIELDS, | * |
| Plaintiff, | * CIVIL ACTION NO. |
| v. | * |
| | * |
| DEPARTMENT OF PUBLIC SAFTEY | * |
| ELAYN HUNT CORRECTIONAL CENTER | * JURY TRIAL AND DEMAND |
| Defendant, | * |

* * * * * * * * * * *

## COMPLAINT

This action is brought under the Americans with Disabilities Act ("ADA"), Age Discrimination and Employment Act ("ADEA") and Title VII of the Civil Rights Act of 1964, as amended Title I of the Civil Rights Act to correct unlawful employment practices and to provide appropriate relief to the Plaintiff Edwina F. Fields ( "Fields" or "Plaintiff") who was adversely affected by such practices. Fields, a Black Female over the age of forty, with a stress related medical condition, was subjected to discrimination by the Defendants, Department of Public Safety and the Elayn Hunt Correctional Center ("Hunt" or "Defendant " or "Employer") when it denied her an award because Fields took FMLA, denied a reasonable accommodation of light duty while under a doctor's care, assigned to work stressful cell blocks where white females were not assigned and denied a position because of my age, sex and disability. The specifics are alleged in paragraph 8 below.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sects.451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sect. 2000e-(f)(1) and (3)(Title VII), ADA and ADEA.

2. The employment practices alleged to be unlawful were at all material times committed within the jurisdiction of the United States District Court for the Middle District of Louisiana.

## PARTIES

3. At all times and continuously to this date Plaintiff Edwina F. Fields is a Black female who is domiciled in Port Allen, Louisiana and works in St. Gabriel Louisiana for the Department of Public Safety, Elayn Hunt Correctional Center as a Master Sergent.

4. At all times and continuously to this date the Defendant, Department of Public Safety is an arm of the State of Louisiana in which the state of Louisiana prisons fall under.

5. At all times and continuously to this date the Defendant, Elayn Hunt Correctional Center is a state agency and an employer within the State of Louisiana that employs over 15 employees.

6. At all relevant times, all material facts occurred within the jurisdiction of this Court.

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this action of this lawsuit Fields filed a charge with the United States Equal Employment Opportunity Commission ("EEOC") alleging violations under the ADA, ADEA, and Title VII by the Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. On or about December 31, 2008 Fields became totally ill from stress at work and requested leave under the Family Medical Leave Act ("FMLA") and it was approved. Fields returned to work on March 26, 2009 and was placed in the same highly stressful Hunt's Special Unit, the same unit Fields requested to be removed from as a reasonable accommodation before going out on FMLA. This request was denied.

9. On April 6, 2009, Fields noticed and responded to an inmate by the name of Billy Stone who was trying to hang himself in Hunts Special Unit. Fields called for back and was assisted by Captain Childs. Fields held up inmate Stone while the two men cut the rope from around Stone's neck. On awards day in 2009, the man Childs received an award by Assistant Warden Fredrick Boutte but the female Fields was denied an award. When Fields inquired why she did not receive an award, Assistant Warden Boutte replied "those who have received FMLA cannot receive a reward."

10. Fields was assigned to an extremely stressful unit called D1 cell block. Field asked for a reasonable accommodation to removed from this assignment. Fields request was denied. On the other hand, a White female named Lt. Lacoste was subjected to aggravated sexual offenses while on the same assignment and upon her request Lacoste was immediately removed from D1 cell block.

11. On June 5, 2009, Fields requested and applied for a less stressful assignment with the 24 hour unit ward. The position was vacant position and not assigned to anyone. Fields was denied the position and a younger White female obtained the position and the younger White female did not even apply for the position.

12. The unlawful employment practices complained of in paragraph 8 above were done and/or allowed to be done by Defendant with malice or reckless indifference to the federally protected rights of Fields in violation of the federal anti-discrimination laws.

13. The unlawful employment practices complained of in paragraph 8 above caused Fields to loose wages, suffer emotional distress, endure pain and suffering, denied awards at work which caused her pecuniary and non-pecuniary losses to be proved at trial.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discriminatory retaliation in its discipline and discharge practices and any other employment practices which discriminate on the basis of her disability, age and sex, race in violation of of Title VII.

B. Order the Defendant Employer to institute and carry out policies, practices, and programs which are designed to prevent sex, race, age and disability discrimination and to eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Edwina F. Fields by other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order the Defendant Employer to make whole Edwina F. Fields by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, in amounts to be determined at trial.

E. Order the Defendant Employer to make whole Edwina F. Fields providing compensation for past and future pecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of

life, reduction in her standard of living, lowered self-esteem and humiliation, in the amounts to be determined at trial.

 F. Order the Defendant Employer to pay Edwina F. Fields punitive damages for its malicious and reckless conduct, as described in paragraph 8 above, in the amounts to be determined at trial.

 G. Grant such further relief as the Court deems necessary and proper in the public interest.

 H. Award the Plaintiff her court cost and attorney fees in connection with this action.

## JURY TRIAL DEMANDED

The Plaintiff requests a jury trial on all questions of fact raised by her complaint.

Respectfully submitted,

LAW OFFICE OF YANCY A. CARTER

*/s/ Yancy A. Carter*

YANCY A. CARTER (LA BAR NO. 24335)
Post Office Box 691442
Houston, Texas 77269
Phone: 504-319-3625
Fax: 504-910-1480