## STATEMENT REGARDING ORAL ARGUMENT

Counsel for the Plaintiff respectfully requests that oral argument be granted in this case. The issue in this case revolves around an apparent inconsistency between two special interrogatories and the Jury's award of compensatory damages. Counsel believes that oral argument would allow counsel to take the Court through those interrogatories and more fully explain how they interact with each other, and may assist the Court in resolving the issues presented by this appeal.

